ATTACHMENT D

**COMPLIANCE REPORTING REQUIREMENTS**

Apprio, Inc. (the "Company") agrees that it will report to the United States Department of Justice, Criminal Division, Fraud Section and the United States Attorney's Office for the District of Maryland (collectively, the "Offices") periodically. During the Term, the Company shall review, test, and update its compliance program and internal controls, policies, and procedures described in Attachment C. The Company shall be required to: (i) conduct an initial ("first") review and submit a first report and (ii) conduct and prepare at least two follow-up reviews and reports, as described below. Prior to conducting each review, the Company shall be required to prepare and submit a workplan for the review.

In conducting the reviews, the Company shall undertake the following activities, among others: (a) inspection of relevant documents, including the Company's current policies, procedures, and training materials concerning compliance with U.S. fraud and federal program bribery laws; (b) inspection and testing of the Company's systems procedures, and internal controls, including record-keeping and internal audit procedures at sample sites; (c) meetings with, and interviews of, relevant current and, where appropriate, former directors, officers, employees, business partners, agents, and other persons; and (d) analyses, studies, and comprehensive testing of the Company's compliance program.

*Written Work Plans, Reviews and Reports*

    a.    The Company shall conduct a first review and prepare a first report, followed by at least two follow-up reviews and reports.

    b.    Within sixty (60) calendar days of the date this Agreement is executed, the Company shall, after consultation with the Offices, prepare and submit a written work plan to

address the Company's first review. The Offices shall have thirty (30) calendar days after receipt of the written work plan to provide comments.

   c. With respect to each follow-up review and report, after consultation with the Offices, the Company shall prepare a written work plan within forty-five (45) calendar days of the submission of the prior report, and the Offices shall provide comments within thirty (30) calendar days after receipt of the written work plan.

   d. All written work plans shall identify with reasonable specificity the activities the Company plans to undertake to review and test each element of its compliance program, as described in Attachment C.

   e. Any disputes between the Company and the Offices with respect to any written work plan shall be decided by the Offices in its sole discretion.

   f. No later than one year from the date this Agreement is executed, the Company shall submit to the Offices a written report setting forth: (1) a complete description of its remediation efforts to date; (2) a complete description of the testing conducted to evaluate the effectiveness of the compliance program and the results of that testing; and (3) its proposals to ensure that its compliance program is reasonably designed, implemented, and enforced so that the program is effective in deterring and detecting violations of U.S. fraud laws and federal program bribery laws. The report shall be transmitted to:

> Deputy Chief – MIMF Unit
> Deputy Chief – CEC Unit
> Criminal Division, Fraud Section
> U.S. Department of Justice
> 1400 New York Avenue, NW
> Washington, DC 20005

The Company may extend the time period for issuance of the first report with prior written approval of the Offices.

### *Follow-up Reviews and Reports*

g.  The Company shall undertake at least two follow-up reviews and reports, incorporating the views of the Offices on the Company's prior reviews and reports, to further monitor and assess whether the Company's compliance program is reasonably designed, implemented, and enforced so that it is effective at deterring and detecting violations of U.S. fraud and federal program bribery laws.

h.  The first follow-up ("second") review and report shall be completed by no later than one year after the first report is submitted to the Offices.

i.  The second follow-up ("third") report shall include a plan for ongoing improvement, testing, and review of the compliance program to ensure the sustainability of the program. The third report shall be completed and delivered to the Offices no later than thirty (30) days before the end of the Term.

j.  The Company may extend the time period for submission of any of the follow-up reports with prior written approval of the Offices.

### *Confidentiality of Submissions*

g.  Submissions by the Company, including the work plans and reports will likely include proprietary, financial, confidential, and competitive business information. Moreover, public disclosure of the submissions could discourage cooperation, impede pending or potential government investigations and thus undermine the objectives of the reporting requirement. For these reasons, among others, the submissions and the contents thereof are intended to remain and shall remain non-public, except as otherwise agreed to by the parties in writing, or except to the extent the Offices determine in their sole discretion that disclosure would

be in furtherance of the Offices' discharge of their duties and responsibilities or is otherwise required by law.